

Acknowledged.
Date: 06/18/2013

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 1:13-cv-487 ) ) |
| v. | ) ) |
| HILTON GARDEN INN INDIANAPOLIS DOWNTOWN, | ) ) ) ) |
| Defendant. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff David Deboard Jr. and Defendant First IND, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint, with each party to bear his/its own attorneys' fees and costs.

**Dated: June 17, 2013**                    Respectfully submitted,


By:   s/ Ryan R. Frasher                    By:        s/ William F. Dugan

Ryan R. Frasher                             William F. Dugan
RYAN FRASHER P.C.                           SEYFARTH SHAW LLP
155 E. Market Street, Suite 450             131 South Dearborn Street, Suite 2400
Indianapolis, IN 46204                      Chicago, Illinois 60603
rfrasher@frasherlaw.com                     (312) 460-5000
                                            (312) 460-7000
                                            wdugan@seyfarth.com

By:   s/ Eric G. Calhoun                    Attorney for First IND, LLC

Eric G. Calhoun
TRAVIS & CALHOUN
1000 Providence Towers East
5001 Spring Valley Road
Dallas, TX 75244
eric@travislaw.com

Attorneys For Plaintiff

Copies to:

Electronically registered counsel of record